CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 29 2018

JULIA C. DUDLEY, CLERK
BY: H McDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARON H. ANDERSON, | ) |
| Plaintiff, | ) Case No.: 4:18CV00024 |
| v. | ) **ORDER** |
| PROCTER & GAMBLE LONG-TERM DISABILITY ALLOWANCE PLAN, | ) By: Hon. Jackson L. Kiser<br>) Senior U. S. District Judge |
| Defendant. | ) |

This case is before the Court on the parties' Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the terms of the stipulation, it is **ORDERED** that this action is dismissed with prejudice and the clerk is directed to close the case.

ENTER: 11/29/18

*/s/ Jackson L. Kiser*
Senior United States District Judge